# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of April, two thousand twenty-two,

| | |
|---|---|
| United States of America, | **ORDER** |
| Appellee, | Docket Nos. 19-3936 (L), 19-4122(Con). |
| v. | |
| Jeremy Shor, Anilesh Ahuja, AKA Neil, | |
| Defendants - Appellants. | |

The parties in the above-referenced cases have filed stipulations withdrawing these appeals pursuant to Local Rule 42.1.

The stipulations are hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court